William L. Haluck, Esq. (SBN 80146)
Ashley N. Coleman, Esq. (SBN 257980)
Koeller, Nebeker, Carlson & Haluck, LLP
3 Park Plaza, Suite 1500
Irvine, CA 92614-8558
Phone: (949) 864-3400; Fax: (949) 864-9000
Email: Haluck@knchlaw.com;
Ashley.Coleman@knchlaw.com

JS-6

Attorneys for Defendant
ASSESSMENT APPEALS BOARD FOR
ORANGE COUNTY (erroneously sued herein
as Board of Assessment And Appeals No. 3,
For Orange County State of California)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM JEFFERSON & CO., INC., | Case No. SACV09-00849 DOC (RNBx) |
| Plaintiff, | Hon. David O. Carter, Judge<br>Courtroom 9D |
| v. | |
| BOARD OF ASSESSMENT AND APPEALS NO. 3 FOR ORANGE COUNTY STATE OF CALIFORNIA, | [PROPOSED] JUDGMENT |
| Defendant. | Action Date: 07/22/09<br>Trial Date: 09/13/10 |

This action came on for trial on September 13, 2010, before the Court, Honorable David O. Carter, District Judge, presiding, and the issues having been duly tried and a decision having been duly rendered,

**It is Ordered and Adjudged that:**

The preponderance of the evidence does not establish that the Assessment Appeals Board for Orange County (hereinafter the "Board") deprived William

1

Jefferson & Co., Inc., (hereinafter "Jefferson") of its rights under the United States Constitution.

Judgment is therefore entered against Jefferson on its claims against the Board. Jefferson shall bear the Board's costs.

Dated at Santa Ana, California, this 27 day of JANUARY, 2011.

*David O. Carter*

~~Clerk of Court~~
U.S. District Judge

DAVID O. CARTER